IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIAM G. BISHOP                                                                    PLAINTIFF

        v.                Civil No. 04-1039

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER

Now on this 7th day of October, 2005, comes on for consideration the Complaint filed by the plaintiff herein, requesting judicial review of the denial of disability insurance benefits (DIB), and supplemental security insurance benefits (SSI), by the Commissioner of the Social Security Administration (Doc. #1).  See *42 U.S.C. § 405(g).*  The Complaint alleges that plaintiff resides in Union County, Arkansas.  Both parties have filed appeal briefs and supplements (Doc. #16 & 17).

Our consideration of the administrative record herein indicates that plaintiff has resided in the Western District of Louisiana, rather than in the Western District of Arkansas, both prior to and during the pendency of this action (T. 153, 152, 149-151, 93, 85, 79, 57, 55, 50, 48, 44, 43, 32, 28, 26, 21, 10, 7, 4).  All of his medical care has been in Louisiana (T. 66, 67, 65, 42, 104-148).

Accordingly, it is hereby considered, ordered and adjudged that venue is not proper in the Western District of Arkansas.  The clerk is directed to transfer this matter to the Western District of Louisiana, Monroe Division.

IT IS SO ORDERED..

AO72A
(Rev. 8/82)

/s/ Bobby E. Shepherd
HONORABLE BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE